| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _S. Pride_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): J. Pride   C. Date of Delivery: 4-17-07 |
| 1. Article Addressed to:<br>DIALYSIS CLINIC, INC<br>ATN: JAMES PERRY<br>1633 CHURCH ST<br>SUITE 500<br>NASHVILLE, TN 37203 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below:<br><br>07cv314  S+C |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number | 7004 1160 0003 5795 0440 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540