IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA QUINNIE,<br><br>    Plaintiff,<br><br>DIALYSIS CLINIC, INC.<br><br>    Defendant. | )<br>)<br>)<br>)   CASE NO.: 2:07-CV-314-WHA<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S CORPORATE/CONFLICT DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and the Middle District of Alabama's General Order No. 3047, Defendant Dialysis Clinic, Inc. ("Dialysis Clinic"), by and through its undersigned counsel, files this corporate disclosure statement and states as follows: Dialysis Clinic, Inc. is not a publicly-owned corporation, and it is not a subsidiary or affiliate of a publicly-owned corporation. Dialysis Clinic, Inc. also states that no publicly-owned corporation or its affiliate has a substantial financial interest in the outcome of this litigation.

DATED this 9th day of May, 2007.

Respectfully submitted,

/s/Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)
ATTORNEY FOR DEFENDANT

OF COUNSEL:
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL  36102
Telephone:  (334) 241-8059
Facsimile:   (334) 323-8888

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL  36117


                                       /s/Henry C. Barnett, Jr.
                                       OF COUNSEL