IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA QUINNIE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 2:07-CV-314-WHA |
| | ) |
| DIALYSIS CLINIC, INC. | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### MOTION FOR ADMISSION OF LESLIE GOFF SANDERS *PRO HAC VICE*

The Defendant, Dialysis Clinic, Inc., moves the Court for admission of Leslie Goff Sanders *Pro Hac Vice*. A copy of Ms. Sanders' Certificate of Good Standing in the United States District Court for the Middle District of Tennessee is filed herewith.

DATED this 24th day of May, 2007.

                                        Respectfully submitted,

                                        /s/Henry C. Barnett, Jr.
                                        Henry C. Barnett, Jr. (BAR037)
                                        CAPELL & HOWARD, P.C.
                                        150 South Perry Street
                                        P.O. Box 2069
                                        Montgomery, Alabama 36102-2069
                                        (334) 241-8059

                                        and

                                        Leslie Goff Sanders (TN #18973)
                                        BASS, BERRY & SIMS, PLC
                                        AmSouth Center
                                        315 Deaderick Street, Suite 2700
                                        Nashville, Tennessee 37238
                                        (615) 742-6200
                                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117

/s/ Henry C. Barnett, Jr.
OF COUNSEL

6442031.1



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **LESLIE B.G. SANDERS** was duly admitted to practice in said Court on **February 2, 1998**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on May 18, 2007



KEITH THROCKMORTON, CLERK

By _____
Deputy Clerk