IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA QUINNIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv314-WHA |
| | ) |
| DIALYSIS CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #7), filed on behalf of Leslie Goff Sanders on May 24, 2007, and it appearing that Leslie Goff Sanders is a member in good standing of the United States District Court for the Middle District of Tennessee, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 29th day of May, 2007.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE