### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CYNTHIA QUINNIE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CASE NO.: 12302 AT 06 |
| v. | ) 2:07-CV-314-WHA |
| | ) |
| **DIALYSIS CLINIC, INC.** | ) |
| | ) |
|     **Defendant.** | ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the Defendant, Dialysis Clinic, Inc., will take the deposition of Plaintiff, **Cynthia Quinnie** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, for purposes of discovery at the offices of The Harrison Firm, LLC, 8425 Crossland Loop, Montgomery, AL 36117, on Thursday, December 13, 2007, beginning at 10:00 a.m. CST and continuing until the deposition is complete.

DATED this 5th day of December , 2007.

                                                    Respectfully Submitted,

                                                   /s/ Leslie Goff Sanders
                                                   Leslie Goff Sanders (TN Bar #18973)
                                                   BASS, BERRY & SIMS, PLC
                                                   AmSouth Center
                                                   315 Deaderick Street, Suite 2700
                                                   Nashville, Tennessee 37238
                                                   (615) 742-6200

                                                   *and*

                                                   Henry C. Barnett, Jr. (AL BAR037)
                                                   Capell & Howard P.C.
                                                   150 South Perry Street
                                                   Montgomery, Alabama 36104
                                                   (334) 241-8059
                                                   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 5th of December, 2007 a copy of the foregoing Notice of Deposition was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to

    Jackson B. Harrison

    The Harrison Firm, LLC

    8425 Crossland Loop

    Montgomery, AL  36117

    Parties may access this filing through the Court's electronic filing system.

    /s/ Leslie Goff Sanders

6550475.1