## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CYNTHIA QUINNIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 12302 AT 06 |
| v. | ) 2:07-CV-314-WHA |
| | ) |
| DIALYSIS CLINIC, INC. | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendant Dialysis Clinic, Inc. ("Defendant") submits the following motion to amend the previous scheduling order entered on May 31, 2007. In support of its motion, Defendant would show that this matter is currently set for trial on August 11, 2008 with a January 7, 2008 discovery deadline and a February 15, 2008 dispositive motion deadline.

The parties respectfully request that the discovery deadline in this matter be extended February 15, 2008. The parties have attempted to schedule the Plaintiff's deposition twice but it had to be rescheduled on both occasions, once due to an illness of the Defense Counsel and again due to an illness of the Plaintiff's child.

The parties also request that the dispositive motion deadline in this matter be extended to March 14, 2008 in order to complete discovery.

The parties submit that the requested extension will not effect the Trial date currently scheduled for August 11, 2008.

WHEREFORE, Defendant respectfully requests that this Court amend the scheduling order entered on May 31, 2007 to reflect the new deadlines as follows:

Discovery Deadline: February 15, 2008

Dispositive Motion Deadline: March 14, 2008

Respectfully Submitted,

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN Bar #18973)
BASS, BERRY & SIMS, PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6200

*and*

Henry C. Barnett, Jr. (AL BAR037)
Capell & Howard P.C.
150 South Perry Street
Montgomery, Alabama  36104
(334) 241-8059
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th of January, 2008 a copy of the foregoing Defendant's Unopposed Motion to Amend Scheduling Order was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL  36117

Parties may access this filing through the Court's electronic filing system.

/s/ Leslie Goff Sanders

6669480.1