IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA QUINNIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv314-WHA |
| | ) |
| DIALYSIS CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant's Unopposed Motion to Amend Scheduling Order (Doc. #17), the motion is GRANTED, and it is hereby

ORDERED that the scheduling order entered by the court on May 31, 2007, is AMENDED to change the discovery deadline to February 15, 2008, and the dispositive motion deadline to March 14, 2008.

The parties are advised that this rescheduling may result in any dispositive motion which may be filed not being ruled on prior to the pretrial hearing.

DONE this 8th day of January, 2008.

        /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE