## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CYNTHIA QUINNIE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CASE NO.: 12302 AT 06 |
| v. | ) 2:07-CV-314-WHA |
| | ) |
| DIALYSIS CLINIC, INC. | ) |
| | ) |
|     Defendant. | ) |

### JOINT NOTICE CONCERNING SETTLEMENT
### CONFERENCE AND MEDIATION

The parties have conducted a settlement conference at which counsel engaged in good faith settlement negotiations. No settlement was reached. At this time, the parties do not believe that mediation will assist them in resolving this case short of trial.

DATED this 11th day of March, 2008.

Respectfully Submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN Bar #18973)
BASS, BERRY & SIMS, PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6200

*and*

Henry C. Barnett, Jr. (AL BAR037)
Capell & Howard P.C.
150 South Perry Street
Montgomery, Alabama 36104
(334) 241-8059
*Attorneys for Defendant*

*and*

/s/ J. Brett Harrison
Jackson Brett Harrison (HAR285)
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
334-819-8920
*Attorney for Plaintiff*

6642217.1