UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CYNTHIA QUINNIE, | ) |
| Plaintiff, | ) |
| | ) Case No. 12302 AT 06 |
| vs. | ) 2:07-CV-314-WHA |
| | ) |
| DIALYSIS CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, by and through undersigned counsel, and respectfully submits its Response to Defendant's Motion for Summary Judgment. In support of its Response the Plaintiff states as follows:

1. The Plaintiff's Complaint in the above styled case does contain one cause of action for wrongful termination based on racial discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Civil Rights Act"). The Plaintiff has established a prima facie case of racial discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Civil Rights Act") by and through the several exhibits attached to this Response. The Defendant's assertion that the Plaintiff failed to cooperate with an internal investigation regarding unfounded allegations of falsifying time is without merit and has no foundation in reality. The reason the Plaintiff was terminated from her employment with the Defendant is because the Plaintiff is an African American, and the evidence clearly supports this assertion. It is distinctly clear that the Plaintiff reasonably attempted to cooperate with the investigation. Further, the evidence shows that the Defendant wrongfully terminated the Plaintiff because she is an African American.

2. There are many genuine issues of material fact in dispute in the above styled cause of action. They are as follows:

   a) Whether the Plaintiff reasonably cooperated with the internal investigation.

   b) Whether the Plaintiff was fired because she is African American.

   c) Whether the Plaintiff suffered racial harassment.

   d) Whether the Plaintiff notified the Defendant pursuant to DCI's Policies and Procedures.

   e) Whether DCI properly followed its Policies and Procedures in the treatment of the Plaintiff.

   f) Whether the Defendant treated similarly situated Caucasian employees more favorably than the Plaintiff.

   g) Whether the assertion of the Defendant that the Plaintiff was fired because she failed to cooperate with an internal investigation is a pretext for unlawful discrimination.

WHEREFORE, the Plaintiff respectfully demands this Honorable Court to deny the Plaintiff's Motion for Summary Judgment. The Plaintiff has filed a Brief in Support of its Response to the Defendant's Motion for Summary Judgment.

Respectfully submitted this the 8th day of April, 2008.

_____
Jackson B. Harrison (HAR285)
Attorney for the Plaintiff

OF COUNSEL:
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920 phone
(334) 819-8923 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 8th day of April, 2008, viz:

Hon. Leslie Sanders
AmSouth Center
315 Deaderick Street, Suite 2700
Nashville, TN 37238

[xx] U.S. MAIL  [ ] HAND DELIVERY  [ ] FACSIMILE  [ ] FEDEX

_____
Of Counsel