UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CYNTHIA QUINNIE, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | Case No. 12302 AT 06 |
| | ) | 2:07-CV-314-WHA |
| DIALYSIS CLINIC, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## SECOND AFFIDAVIT OF DANIEL WATSON

**STATE OF TENNESSEE** )
) ss:
**COUNTY OF DAVIDSON** )

I, Daniel Watson, after being duly sworn, do hereby state as follows:

1. I am employed as the Associate Director of Human Resources at Dialysis Clinic, Inc. ("DCI"). I was in this position at the time Cynthia Quinnie's employment at DCI terminated in August 2006. I have firsthand knowledge of the information set forth herein and I am competent to testify about these matters.

2. David Hagewood, the Director of Human Resources for DCI and I made the decision to consider Cynthia Quinnie's employment terminated when she refused to participate in an internal investigation unless I permitted her attorney to be present.

3. At the time of the decision, I had no knowledge of any racial slurs being used in the Montgomery clinic or being directed at Cynthia Quinnie. I have never treated Caucasian employees more favorably than African-American employees on the basis of race in the application of DCI policies and procedures. Likewise, I am not aware of any such treatment of employees in the Montgomery clinic.

FURTHER AFFIANT SAITH NOT.

_____
DANIEL WATSON

My Commission Expires NOV. 14, 2009

Sworn to and subscribed before me,
this 15th day of April, 2008.

_A. Denise Redman_____
Notary Public

[Seal: A. DENISE REDMAN, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN.]

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of April, 2008 a copy of the foregoing Affidavit was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117

Parties may access this filing through the Court's electronic filing system.

/s/ Leslie Goff Sanders

3

6787200.1