UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CYNTHIA QUINNIE, | ) |
| PLAINTIFF, | ) |
| VS. | ) Case No. 12302 AT 06 |
|  | ) 2:07-CV-314-WHA |
| DIALYSIS CLINIC, INC., | ) |
| DEFENDANT. | ) |

## AFFIDAVIT OF DAVID HAGEWOOD

STATE OF TENNESSEE  )
                    ) ss:
COUNTY OF DAVIDSON  )

I, David Hagewood, after being duly sworn, do hereby state as follows:

1. I am employed as the Director of Human Resources at Dialysis Clinic, Inc. ("DCI"). I have been employed in this position for nearly 21 years. I was in this position at the time Cynthia Quinnie's employment at DCI terminated in August 2006. I have firsthand knowledge of the information set forth herein and I am competent to testify about these matters.

2. I advised Dan Watson, the Associate Director of Human Resources at DCI, to consider Cynthia Quinnie's employment terminated if she continued to refuse to participate in an internal investigation unless Mr. Watson permitted her attorney to be present. DCI provided Ms. Quinnie with approximately four (4) days to consider the consequences of her refusal to participate in the investigation. Ms. Quinnie continued to refuse to participate in the internal investigation unless her attorney could be present. Thus, Mr. Watson followed my advice and DCI considered her employment terminated.

3.  At the time of the decision, I had no knowledge of any racial slurs being used in the Montgomery clinic or being directed at Cynthia Quinnie. I have never treated Caucasian employees more favorably than African-American employees on the basis of race in the application of DCI policies and procedures. Likewise, I am not aware of any such treatment of employees in the Montgomery clinic.

FURTHER AFFIANT SAITH NOT.

My Commission Expires NOV. 14, 2009

_____
DAVID HAGEWOOD

Sworn to and subscribed before me, this 15th day of April, 2008.

_A. Denise Redman_
Notary Public



2

6787307.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of April, 2008 a copy of the foregoing Affidavit was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117

Parties may access this filing through the Court's electronic filing system.

/s/ Leslie Goff Sanders

6787307.1