IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA QUINNIE,         ) | |
| )  | |
| Plaintiff,         ) | |
| )  | Civil Action No.  2:07cv314-WHA |
| v.         ) | (WO) |
| )  | |
| DIALYSIS CLINIC, INC.,         ) | |
| )  | |
| Defendant.         ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of Dialysis Clinic, Inc. and against the Plaintiff, Cynthia Quinnie.

Costs are taxed against the Plaintiff.

Done this 18th day of April, 2008

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE