IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA QUINNIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv314-WHA |
| ) | |
| DIALYSIS CLINIC, INC., ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon consideration of Plaintiff's Motion to Alter, Amend or Vacate (Doc. #32), filed on May 2, 2008, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before May 21, 2008** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 7th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE