UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

Case No.: 12302 AT 06
2:07-CV-314-WHA

RECEIVED
2008 JUN 18 A 11: 56

| | | |
|---|---|---|
| CYNTHIA QUINNIE, | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | Notice of Appeal |
| | ) | |
| DIALYSIS CLINIC, INC., | ) | |
|    Defendant | ) | |

Notice is hereby given that CYNTHIA QUINNIE, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an order denying Plaintiff's motion to alter, amend, or vacate the judgment entered in this action on the 22nd day of May, 2008.

_____
Jackson B. Harrison
Attorney for the Plaintiff

8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on the 18th day of June, 2008.

Hon. Leslie Sanders<br>
AmSouth Center<br>
315 Deaderick Street, Ste. 2700<br>
Nashville, TN 37238

[X] U.S. Mail  [ ] Hand Delivery  [ ] Facsimile  [ ] Fedex

_____
OF COUNSEL