```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005538
Cashier ID: khaynes
Transaction Date: 06/18/2008
Payer Name: THE HARRISON FIRM LLC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THE HARRISON FIRM LLC
 Case/Party: D-ALM-2-07-CV-000314-001
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1127
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

Quinnie v. Dialysis Clinic, Inc.

2:07-cv-00314-WHA-TFM
```